

# TEAMSTERS LOCAL UNION 786 LUMBER EMPLOYEES

## RETIREMENT FUNDS

300 SOUTH ASHLAND AVENUE ▪ Suite 500 ▪ Telephone 312.421.1416
CHICAGO, ILLINOIS 60607

November 2, 2011

**CERTIFIED & REGULAR U.S. MAIL**

MAYFAIR LUMBER CO.
4825 W. LAWRENCE
CHICAGO, IL 60630

### WITHDRAWAL LIABILITY LATE PAYMENT, DEFAULT PAYMENT AND ACCELERATION NOTIFICATION

Dear Employer and all Related Controlled Group Members:

The Board of Trustees of the Local 786 I.B. of T. Lumber Employees Retirement Fund has reported that Mayfair Lumber Co. (any and all Controlled Group Members) has not submitted its Withdrawal Liability payment of $21,133.00 that was due to the Fund on November 1, 2011.

**DEFAULT**

The failure to make any Withdrawal Liability payment in accordance with the installment schedule may result in default within the meaning of E.R.I.S.A section 4219 (c)(5). In cessation of business on November 2, 2011 pursuant to the rules of the Fund constitutes a default. Accordingly the total outstanding amount of Withdrawal Liability, estimated at $1,147,326.00, plus accrued interest on the total outstanding liability from the due date of the first payment that is not timely made, is due immediately. The failure to make schedule Withdrawal Liability payments also subjects the Employer to additional statutory liabilities under E.R.I.S.A. Interest on payments not made shall accrue from the due date until the date the payment is received. Interest shall be charged at rates based on prevailing market rates for comparable obligations, in accordance with the regulations promulgated by the Pension Benefit Guarantee Corporation.

You are currently in default and the full balance of Withdrawal Liability assessment along with interest is due. If you fail to submit the Withdrawal Liability payment within 60 days of this letter, the Fund may commence legal action against Mayfair Lumber Co., its shareholders, and any and all Related Controlled Group Members.

Please submit your accelerated Withdrawal Liability payment of $1,147,326.00 immediately. Upon receipt of the payment you will be notified of additional interest that has accrued as result of the late payment (s). Withdrawal Liability payments should be payable to the Local 786 I.B. of T. Lumber Employees Retirement Fund and sent to 300 S. Ashland, Room 500 Attn: Jeffrey Hoff, Chicago, IL 60607.

Sincerely,

Jeffrey W. Hoff
Administrator

JWH:toc

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

WDL Late
Payment, Default

Postmark
Here

Payment +
acceleration
notice    11/2/11

Sent To    Mayfair Lumber
Street, Apt. No.; or PO Box No.    4825 W Lawrence
City, State, ZIP+4    Chicago IL 60630

7009 0820 0002 2042 1322

PS Form 3800, August 2006        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

7009 2042 0002 0820 1322

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X C. _____    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery    1-3-11

1. Article Addressed to:

Mayfair Lumber Co.
4825 W. Lawrence
Chicago, IL
         60630

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7009 0820 0002 2042 1322

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540