IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 786 LUMBER EMPLOYEE RETIREMENT FUND and MICHAEL YAUGER, as Trustee of the Local 786 Lumber Employee Retirement Fund,<br>　　　　　　Plaintiffs,<br>　v.<br>MAYFAIR LUMBER CO.,<br>an Illinois Corporation,<br>　　　　　　Defendant. | Case No.　　13 cv 00437<br><br>Judge John Z. Lee |

## MOTION FOR TURNOVER ORDER

**NOW COME** the Plaintiffs, by and through their attorney, Anthony Pinelli, and respectfully request this Honorable Court to enter a turnover order regarding funds held by Respondent, J. P. Morgan Chase Bank, N.A., in partial satisfaction of this Court's judgment order of April 24, 2013 for the following reasons:

1. On April 24, 2013, this Court entered the attached order of judgment against the Defendant in the amount of $1,149,326.50.

2. Defendant has not made payment of any amount of the judgment.

3. A Citation to Discover Assets to J. P. Morgan Chase Bank, N.A. received the attached response indicating that J. P. Morgan Chase Bank, N.A. is holding funds in the amount of $82,848.65.

4. The total amount owed to Plaintiffs is $1,149,326.50.

**WHEREFORE**, The Plaintiffs respectfully request this Honorable Court to enter an order requesting a turnover of funds in the amount of $82,848.65.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　s/Anthony Pinelli
　　　　　　　　　　　　　　　　　　　　　Anthony Pinelli
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Anthony Pinelli
Law Office of Anthony Pinelli
53 West Jackson Blvd., Suite 1460
Chicago, Illinois 60604
312/583-9270