IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 786 LUMBER EMPLOYEE ) <br> RETIREMENT FUND and MICHAEL YAUGER, ) <br> as Trustee of the Local 786 Lumber Employee ) <br> Retirement Fund, ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> MAYFAIR LUMBER CO., ) <br> an Illinois Corporation, ) <br> Defendant. ) | Case No.    13 cv 00437 <br><br> Judge John Z. Lee |

## MOTION FOR TURNOVER ORDER

**NOW COME** the Plaintiffs, by and through their attorney, Anthony Pinelli, and respectfully request this Honorable Court to enter a turnover order regarding funds held by Respondent, J. P. Morgan Chase Bank, N.A., in partial satisfaction of this Court's judgment order of April 24, 2013 for the following reasons:

1. On April 24, 2013, this Court entered the attached order of judgment against the Defendant in the amount of $1,149,326.50.

2. Defendant has not made payment of any amount of the judgment.

3. A Citation to Discover Assets to J. P. Morgan Chase Bank, N.A. received the attached response indicating that J. P. Morgan Chase Bank, N.A. is holding funds in the amount of $82,848.65.

4. The total amount owed to Plaintiffs is $1,149,326.50.

**WHEREFORE**, The Plaintiffs respectfully request this Honorable Court to enter an order requesting a turnover of funds in the amount of $82,848.65.

Respectfully submitted,

s/Anthony Pinelli
Anthony Pinelli
Attorney for Plaintiff

Anthony Pinelli
Law Office of Anthony Pinelli
53 West Jackson Blvd., Suite 1460
Chicago, Illinois 60604
312/583-9270