IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LOCAL 786 LUMBER EMPLOYEE )
RETIREMENT FUND and MICHAEL YAUGER, )
as Trustee of the Local 786 Lumber Employee )
Retirement Fund, )
        Plaintiffs, )   Case No.   13 cv 00437
     v. )
              )   Judge John Z. Lee
              )
MAYFAIR LUMBER CO., )
an Illinois Corporation, )
        Defendant. )

## JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' motion for Default Judgment;

IT IS HEREBY ORDERED that default judgment is entered against the Defendant as

follows:

1.  In favor of Plaintiffs in the sum of $1,149,326.50.

2.  For any such additional costs and attorney fees as may be incurred during the collection of this judgment.

5.  This Court retains jurisdiction to enforce this order.

ENTER:

_____
Hon. John Z. Lee

Date: _____4/24/13_____

Case: 1:13-cv-00437 Document #: 17-1 Filed: 05/23/13 Page 2 of 4 PageID #:56



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

LOCAL 786 LUMBER EMPLOYEE )
RETIREMENT FUND and MICHAEL YAUGER, )
as Trustee of the Local 786 Lumber Employee )
Retirement Fund, )            Case No.    13 cv 00437
              Plaintiffs, )
            )            Judge John Z. Lee
       v. )
            )
MAYFAIR LUMBER CO., )
an Illinois Corporation, )
           Defendant. )

## CITATION TO DISCOVER ASSETS TO THIRD PARTY

To:   **Attn: Legal Department**
      **J. P Morgan Chase Bank, N.A.**
      **270 Park Avenue, 12th Floor**
      **New York, New York 10017**

YOU ARE REQUIRED to file your answer to this Citation on the form attached hereto on or before May 24, 2013 with the Clerk of the United States District Court, 20th Floor, 219 S. Dearborn Street, Chicago, Illinois 60604.

Judgment was entered on April 24, 2013 for Plaintiffs, Local 786 Lumber Employee Retirement Fund and Michael Yauger, as Trustee of the Local 786 Lumber Employee Retirement Fund, and against Mayfair Lumber Co. in the sum of $1,149,326.50. A copy of the judgment entered by the Court is attached hereto. There is now due the sum of $1,149,326.50.

Your answer will inform the Court as to property you may hold belonging to **MAYFAIR LUMBER CO.** for **account no. 945392702, J. P Morgan Chase Bank, N.A.**

Your are required to do the following upon receiving this Citation until further Order of Court in accordance with Federal Rule of Civil Procedure 69 or until this Citation is dismissed by the Court or Stipulation.

You are prohibited from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which it may be entitled or which may be acquired by or become due to it until further order of court or termination of the proceeding. You are not required to withhold the payment of any money beyond double the amount of the judgment.

OPERATOR 15

Legal Papers Served
New York

S. Alvarez
Date: 5/1/13        APR 3 0 2013

G. McLeod
Date: 4/30/13

☒ Inter-office Mail    ☐ Certified Mail
☐ Federal Express    ☐ Hand Delivery
☐ Fax ☐ U.S. Mail    ☐ Email ☐ UPS
Reviewed by: NY/PR303

Case: 1:13-cv-00437 Document #: 17-1 Filed: 05/23/13 Page 3 of 4 PageID #:57

Your failure to comply with the Citation Proceeding may result in a judgment being entered against you for the unsatisfied amount of this judgment. F.R.C.P. 69.

## THOMAS G. BRUTON

CLERK OF THE COURT

DEPUTY CLERK

SEAL OF THE COURT

Dated: _____APR 2 6 2013_____

**ANTHONY PINELLI**
Law Offices of Anthony Pinelli
53 West Jackson Boulevard
Suite 1460
Chicago, Illinois 60604
312/583-9270

C:\Data\MyFiles\UNION\786\PLEADING\Citation-chase.line-mayfair.wpd

2

Case: 1:13-cv-00437 Document #: 17-1 Filed: 05/23/13 Page 4 of 4 PageID #:58

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

LOCAL 786 LUMBER EMPLOYEE )
RETIREMENT FUND and MICHAEL YAUGER, )
as Trustee of the Local 786 Lumber Employee )
Retirement Fund, )
                      )     Case No.     13 cv 00437
          Plaintiffs, )
                      )     Judge John Z. Lee
      v.                  )
                      )
MAYFAIR LUMBER CO., )
an Illinois Corporation, )
          Defendant. )

Disclaimer: These responses are based upon a search of centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

### ANSWER

**J.P. MORGAN CHASE BANK, N.A.** (Citation Respondent) certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor

Circle one or more of the following and indicate the amount withheld:

A.   Savings Account (Amount withheld)$_____
B.   Checking and/or Now Account (Amount withheld)$ 82, 898.65 =$94,839.9702.
C.   Certificate of Deposit (Amount withheld)$_____
D.   Money Market Account (Amount withheld)$_____
E.   Trust Account (Amount withheld)$_____
F   Safety Deposit Box $_____
G.   No Accounts_____
H   Adverse Claimant:   Name_____
                  Address_____
I.   Wages, Salary or Commissions_____
J.   Other Personal Property (Describe)_____
     Attach a sheet for any additional information required by the Citation

                               Sub Total 82  848 .65

Less right of offset for other loans_____
Less deduction for fees limited
by F.R.C.P 69            _____
                          Total 82 848.65

According to the business records kept by Citation Respondent we show the above accounts to be correct.

                              _____
                              Agent for Citation Respondent