IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 786 LUMBER EMPLOYEE RETIREMENT FUND and MICHAEL YAUGER, as Trustee of the Local 786 Lumber Employee Retirement Fund,<br><br>    Plaintiffs,<br>v.<br><br>MAYFAIR LUMBER CO., an Illinois Corporation,<br>    Defendant. | Case No.  13 cv 00437<br><br>Judge John Z. Lee |

## ORDER

This matter coming before the Court on Plaintiff's motion for turnover order, it is hereby ordered that J. P. Morgan Chase Bank, N.A. shall turnover funds in the amount of $82,848.65 held on the account of Mayfair Lumber Co. as described by its answer of April 30, 2013 to Local 786 Lumber Employee Retirement Fund and Michael Yauger, as Trustee of the Local 786 Lumber Employee Retirement Fund.

ENTER: 5/30/13

_[signature]_

Hon. John Z. Lee

Date: 5/30/13