IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 786 LUMBER EMPLOYEE RETIREMENT FUND and MICHAEL YAUGER, as Trustee of the Local 786 Lumber Employee Retirement Fund,<br>Plaintiffs,<br>v.<br>MAYFAIR LUMBER CO., an Illinois Corporation,<br>Defendant. | Case No. 13 cv 00437<br><br>Judge John Z. Lee |

## JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' motion for Default Judgment;

IT IS HEREBY ORDERED that default judgment is entered against the Defendant as follows:

1. In favor of Plaintiffs in the sum of $1,149,326.50.

2. For any such additional costs and attorney fees as may be incurred during the collection of this judgment.

5. This Court retains jurisdiction to enforce this order.

ENTER:

_____
Hon. John Z. Lee

Date: 4/24/13



PLAINTIFF'S EXHIBIT
A