IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 786 LUMBER EMPLOYEE RETIREMENT FUND and MICHAEL YAUGER, as Trustee of the Local 786 Lumber Employee Retirement Fund,<br>      Plaintiffs,<br>v.<br>MAYFAIR LUMBER CO., an Illinois Corporation,<br>      Defendant. | Case No.   13 cv 00437<br><br>Judge John Z. Lee |

## CITATION TO DISCOVER ASSETS

To:   Mayfair Lumber Co.
    C/O Charles L. Koenen, President and Registered Agent
    926 Cornell Street
    Wilmette, Illinois 60091

   YOUR FAILURE TO APPEAR AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

   You, MAYFAIR LUMBER CO., by and through its President and Registered Agent, Charles L. Koenen, with knowledge of all matters described herein, is required to appear at the Law Office of Anthony Pinelli, 53 West Jackson Blvd., Suite 1460, Chicago, Illinois 60604, on **September 10, 2013 at 1:00 p.m.**, to be examined under oath concerning all assets, property and income of and all indebtedness due or owed to Judgment Debtor, Mayfair Lumber Co. This Citation examination shall be conducted by deposition as provided by rules of this Court for depositions.

   YOU ARE REQUIRED TO PRODUCE at the Law Office of Anthony Pinelli, 53 West Jackson Blvd., Suite 1460, Chicago, Illinois 60604, on or before **August 23, 2013**, all documents of every nature containing information reflecting or otherwise concerning any assets, property and income of and all indebtedness due or owed to Judgment Debtor, and/or any transfers, conveyances, and/or assignments by Judgment Debtor, and further including, without limitation, documents reflecting the following (for the period September 1, 2011 to the present, unless indicated otherwise):

   (i)    Accounts with any banking institution, savings and loan association or credit union, certificates of deposit, money market and mutual fund accounts, trust accounts and funds, checking accounts, and savings accounts, including but not limited to bank deposit receipts, bank statements, and canceled checks;

PLAINTIFF'S EXHIBIT B

(ii) Loans; promissory notes; applications for loans, credit, and/or financing;

(iii) Pension plans; retirement accounts;

(iv) Federal and state tax returns and filings, including all attachments and schedules;

(v) Quarterly reports and filings for estimated, unemployment, sales and/or use taxes; K-1, W-2, W-3 and 1099 forms; tax delinquency or lien notices; correspondence to or from IRS, Illinois Department of Revenue, their agents or any other taxing authority;

(vi) Titles and registrations to vehicles, watercraft and aircraft;

(vii) Installment payment plans and lease or rental agreements for and liens regarding any vehicles, watercraft, aircraft, equipment, inventory and other items;

(viii) Inventory of contents of all premises, safe deposit boxes, artwork and collections or assemblages;

(ix) Purchase and/or sale contracts, deeds and/or mortgages, assignments and management contracts pertaining to real estate; interest in any trust, including land trusts; leases and rental and/or installment agreements for any real estate or premises; contracts regarding or interest in any real estate; property tax bills;

(x) Insurance policies, including schedules of insured property or items;

(xi) Intellectual property, including patents, trademarks and copyrights;

(xii) Ownership and investment interests in any business, corporation, partnership, joint venture and/or sole proprietorship; corporate minutes, books and records; stock and bond certificates and receipts and dividends;

(xiii) Accounts receivable ledgers; general business ledgers; financial statements and reports; balance sheets; invoices; check registers; schedule of assets; equipment and materials receipts; inventory of materials, equipment and supplies; records reflecting disposition or transfer of assets; delinquency, collection and NSF notices; choses in action; lawsuits; claims.

(xiv) bids, contracts, invoices, permits, permit applications, bonds, insurance policies, waivers, progress reports, payment requests, and receipts for all work in progress, work under contract, planned work and work or projects performed during the period indicated;

(xv) licenses, permits and professional certifications and registrations held by all officers and employees, other than Class A driver's licenses;

(xvi) evidence of all monies due or owed you and/or to which you are entitled or may be entitled, including but not limited to commissions, refunds, holdbacks, credits and accounts receivable.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of or from interfering with (I) any property not exempt from the enforcement of a judgment therefrom, a deduction order, or garnishment belonging to Judgment Debtor or to which Judgment Debtor may be entitled; and (ii) any such property that may be acquired by or become owed to Judgment Debtor until further order of Court or termination of the proceeding.

YOU ARE PROHIBITED from paying over or otherwise disposing of any monies not so exempt that (I) currently are due or owed to, or (ii) are to become due or owed to, Judgment Debtor until further order of Court or termination of the proceeding.

THE COURT MAY PUNISH YOU FOR CONTEMPT OF COURT if you violate the foregoing restraining provisions.

Certificate of Attorney
The undersigned attorney certifies that judgment was entered against Judgment Debtor, Mayfair Lumber Co. In this cause on April 24, 2013 in the amount of $1,149,326.50. The balance due on said judgment is $1,066,477.90.

Issued this JUL 30 2013

_____
Attorney for Judgment Creditor,
Local 786 Lumber Employee Retirement Fund
and Michael Yauger, as Trustee of the Local 786
Lumber Employee Retirement Fund
**ANTHONY PINELLI**
Law Offices of Anthony Pinelli
53 West Jackson Boulevard
Suite 1460
Chicago, Illinois 60604
312/583-9270

THOMAS G. BRUTON
Clerk, United States District Court
Northern District of Illinois
NADINE FINLEY
By:_____
Deputy Clerk


SEAL OF THE COURT

C:\Data\MyFiles\UNION 786 PLEADING-Citation-mayfair-2.wpd

3