**The Tactical Solutions Group, Inc.**
Private Detective Agency 117-001188

Caption: Local 786 Lumber Employees Retirement Fund et al v. Mayfour Lumb Co.
Case# 2013 cv 00437

## PROOF OF SERVICE

I, Frani Udell, am an agent of The Tactical Solutions Group, Inc, which operates under authority of the State of Illinois Private Detective Act, am not a party to this matter and made the following type of service:

☑ Personal Service on: Charles L. Koenen
   Place: 1720 Maple Avenue Apt 1840, Evanston, Illinois
   Date and Time: August 14, 2013 at 7:35 p.m.
   Approximate physical description: White male, mid-60s, glasses, gray balding hair. Familiar with individual from previous service of complaint.

☐ Alternate service by leaving copies of the above-described documents at the defendant's usual place of abode with a person of the family, or a person residing there, 13 years of age or older, and informing that person of the contents thereof, and by mailing a copy of the documents in a sealed envelope with postage fully pre-paid, addressed to the defendant at his or her usual place of abode.
   Person accepting service:_____
   On behalf of defendant:_____
   Place:_____
   Date and Time:_____
   Approximate physical description:_____

☐ Service of a corporate defendant by leaving the above-described documents with the registered agent, officer or agent of the corporation.
   Name:_____
   Place:_____
   Date and Time:_____
   Approximate physical description:_____

☐ After diligent effort and investigation, I have been unable to serve the following:
_____

Under penalty of perjury as provided by law, I certify that the above statement is true and correct.

_____
Frani Udell

Tactical Solutions | 980 N. Michigan Ave | Suite 1400 | Chicago, IL 60611 | (312) 501-4500 | www.tacticalsolutions.info



PLAINTIFF'S EXHIBIT C