ANTHONY PINELLI
ATTORNEY AT LAW
SUITE 1460
53 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS 60604-3797

TELEPHONE
(312) 583-9270
FACSIMILE
(312) 362-9907

August 23, 2013

Charles Koenen
1720 Maple Avenue
Apt. 1840
Evanston, Illinois 60202

    Re:    ***Local 786 Lumber Employee Retirement Fund et al v. Mayfair Lumber Co.***
             ***13 cv 0437***
             ***Citation to Discover Assets***

Dear Mr. Koenen:

    This will confirm our conversation yesterday regarding the Citation to Discover Assets for Mayfair Lumber Co. The return date for the Citation is September 10, 2013 at 1:00 p.m. at my office. I would agree to continue your appearance for testimony if sufficient records are provided to my office prior to that date. The required records are as follows:

For the period September 11, 2011 through June 1, 2013:

1. Bank statements and canceled checks for any accounts of Mayfair Lumber Co. including, but not limited to J. P. Morgan Chase, No. 945392702.

2. Real estate tax bills, mortgage statements, as well as any documents evidencing title to real estate or any interest in land trusts.

3. 2011 and 2012 federal and Illinois state tax returns for Mayfair Lumber Co.

4. Corporate book and records for Mayfair Lumber Co. including shareholder identification.

5. Titles and registration to any vehicles.

6. Sales tax reports to the State of Illinois for 2011 and 2012.

7. Accounts receivable for 2011, 2012 and 2013.



PLAINTIFF'S EXHIBIT D

8. Forms 1099 and K-1 for Mayfair Lumber Co. 2011 and 2012.

9. Evidence of all monies due or owed to Mayfair Lumber Co. as of June 1, 2013.

Once I have these documents in my office, I will contact you to agree on a new date for your examination, should that be necessary. In the meantime, I assume Mayfair Lumber Co. will honor the requirements of the Citation as stated therein.

I would hope to have the documents analyzed quickly and get back to you as soon as possible. If you only have some of the above documents, please provide these on or before September 10, 2013 so that I may get the review process started.

Very truly yours,

Anthony Pinelli

AP:hg

cc: Jeff Hoff
     James Vanek

C:\Data\MyFiles\UNION\786\CORRES\koenen001ap.wpd