ANTHONY PINELLI

ATTORNEY AT LAW

SUITE 1460

53 WEST JACKSON BOULEVARD

CHICAGO, ILLINOIS 60604-3797

TELEPHONE
(312) 583-9270
FACSIMILE
(312) 362-9907

September 10, 2013

Charles Koenen
1720 Maple Avenue
Apt. 1840
Evanston, Illinois 60202

Re: *Local 786 Lumber Employee Retirement Fund et al v. Mayfair Lumber Co.*
*13 cv 0437*

Dear Mr. Koenen:

This will confirm our conversation today. I would agree to an extension through September 25, 2013 for you to provide items 1, 2, 3, 6, 7 and 9 listed in my letter of August 23, 2013. Please make arrangements to do so as soon as possible. After I have the materials, I will advise you of a date for your examination under oath which we can agree to based on our schedules at that time.

Very truly yours,

Anthony Pinelli

AP:hg

cc: Jeff Hoff

C:\Data\MyFiles\UNION\786\CORRES\koenen001ap.wpd



PLAINTIFF'S
EXHIBIT
E