

# City of Chicago

## Office of the City Clerk

## Document Tracking Sheet



O2013-5415

**Meeting Date:** 6/26/2013

**Sponsor(s):** Emanuel, Rahm (Mayor)

**Type:** Ordinance

**Title:** Acquisition of property at 4808 W Wilson Ave and 4825 W Lawrence Ave for establishment of operational space for Department of Water Management

**Committee(s) Assignment:** Committee on Housing and Real Estate



PLAINTIFF'S EXHIBIT F

HSG-



OFFICE OF THE MAYOR

CITY OF CHICAGO

RAHM EMANUEL
MAYOR

June 26, 2013

TO THE HONORABLE, THE CITY COUNCIL
   OF THE CITY OF CHICAGO

Ladies and Gentlemen:

At the request of the Commissioner of Fleet and Facility Management, I transmit herewith an ordinance authorizing an acquisition of property in the 4800 block of West Wilson and West Lawrence.

Your favorable consideration of this ordinance will be appreciated.

Very truly yours,

*Rahm Emanuel*
Mayor

**SECTION 7.** All ordinances, resolutions, motions or orders in conflict with this ordinance are hereby repealed to the extent of such conflict.

**SECTION 8.** This ordinance shall take effect upon its passage and approval.