## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Local 786 Lumber Employee Retirement Fund, et al.

                          Plaintiff,

v.                               Case No.: 1:13−cv−00437
                                      Honorable John Z. Lee

Mayfair Lumber Co.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 23, 2014:

      MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 1/23/14. Mr. Koenen is present and stated he will comply with the court's order. The motion for rule to show cause [23] is denied without prejudice. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.