MA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 17 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| LOCAL 786 LUMBER EMPLOYEE RETIREMENT FUND and MICHAEL YAUGER, as Trustee of the Local 786 Lumber Employee Retirement Fund,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MAYFAIR LUMBER CO.,<br>an Illinois Corporation,<br>　　　　　　Defendant. | Case No.　　13 cv 00437<br><br>Judge John Z. Lee |

## ANSWER

**CITY OF CHICAGO (Department of Finance)** (Citation Respondent) certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount withheld:

A.　　Savings Account (Amount withheld)$　　0
B.　　Checking and/or Now Account (Amount withheld)$　　0
C.　　Certificate of Deposit (Amount withheld)$　　0
D.　　Money Market Account (Amount withheld)$　　0
E.　　Trust Account (Amount withheld)$　　0
F.　　Safety Deposit Box $　　0
G.　　No Accounts　　0
H.　　Adverse Claimant:　Name_____
　　　　　　　　　　　　Address_____
I.　　**Contract Payments**　　0　—
J.　　Other Personal Property (Describe)　　N/a
　　　Attach a sheet for any additional information required by the Citation

　　　　　　　　　　　　　　　　　　　　　　　Sub Total　　0

Less right of offset for other loans_____
Less deduction for fees limited
by F.R.C.P. 69　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　Total　　0

According to the business records kept by Citation Respondent we show the above accounts to be correct.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Agent for Citation Respondent

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 786 LUMBER EMPLOYEE RETIREMENT FUND and MICHAEL YAUGER, as Trustee of the Local 786 Lumber Employee Retirement Fund,<br><br>    Plaintiffs,<br><br> v.<br><br>MAYFAIR LUMBER CO.,<br>an Illinois Corporation,<br><br>    Defendant. | Case No. 13 cv 00437<br><br>Judge John Z. Lee |

CITY OF CHICAGO COMPTROLLER'S OFFICE 2014 JUN -2 P 3:50

RECEIVED
MAY 28 2014
DEPARTMENT OF LAW

## CITATION TO DISCOVER ASSETS TO THIRD PARTY

To: **City of Chicago**
   **Department of Finance**
   **121 North LaSalle Street, 7TH Floor**
   **Chicago, Illinois 60602**

 YOU ARE REQUIRED to file your answer to this Citation on the form attached hereto on or before June 20, 2014 with the Clerk of the United States District Court, 20th Floor, 219 S. Dearborn Street, Chicago, Illinois 60604.

 Judgment was entered on April 24, 2013 for Plaintiffs, Local 786 Lumber Employee Retirement Fund and Michael Yauger, as Trustee of the Local 786 Lumber Employee Retirement Fund, and against Mayfair Lumber Co. in the sum of $1,149,326.50. A copy of the judgment entered by the Court is attached hereto. There is now due the sum of $1,066,477.85.

 Your answer will inform the Court as to property you may hold belonging to **MAYFAIR LUMBER CO.**

 Your are required to do the following upon receiving this Citation until further Order of Court in accordance with Federal Rule of Civil Procedure 69 or until this Citation is dismissed by the Court or Stipulation.

 You are prohibited from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which it may be entitled or which may be acquired by or become due to it until further order of court or termination of the proceeding. You are not required to withhold the payment of any money beyond double the amount of the judgment.

Your failure to comply with the Citation Proceeding may result in a judgment being entered against you for the unsatisfied amount of this judgment. F.R.C.P. 69.

**THOMAS G. BRUTON**
CLERK OF THE COURT

_____
DEPUTY CLERK

SEAL OF THE COURT

Dated: MAY 21 2014

**ANTHONY PINELLI**
Law Offices of Anthony Pinelli
53 West Jackson Boulevard
Suite 1460
Chicago, Illinois 60604
312/583-9270

C:\Data\MyFiles\UNION\786\PLEADING\Citation-city of chicago inre-mayfair.wpd

2

Case: 1:13-cv-00437 Document #: 12 Filed: 04/24/13 Page 1 of 1 PageID #:42

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 786 LUMBER EMPLOYEE RETIREMENT FUND and MICHAEL YAUGER, as Trustee of the Local 786 Lumber Employee Retirement Fund,<br><br>Plaintiffs,<br><br>v.<br><br>MAYFAIR LUMBER CO., an Illinois Corporation,<br><br>Defendant. | Case No.   13 cv 00437<br><br>Judge John Z. Lee |

### JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' motion for Default Judgment;

IT IS HEREBY ORDERED that default judgment is entered against the Defendant as follows:

1. In favor of Plaintiffs in the sum of $1,149,326.50.

2. For any such additional costs and attorney fees as may be incurred during the collection of this judgment.

5. This Court retains jurisdiction to enforce this order.

ENTER:

_____
Hon. John Z. Lee

Date: _____4/24/13_____

## CERTIFICATE OF SERVICE

Anthony Pinelli certifies that he served a copy of the foregoing Citation to Discover Assets on:

        City of Chicago
        Department of Finance
        121 North LaSalle Street, 7TH Floor
        Chicago, Illinois 60602

via United States Certified Mail (Receipt Requested) Receipt No. 70132250000110940753 on May 21, 2014

        s/Anthony Pinelli
        Anthony Pinelli