IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOCAL 786 LUMBER EMPLOYEE RETIREMENT FUND and MICHAEL YAUGER, as Trustee of the Local 786 Lumber Employee Retirement Fund, | ) ) ) ) ) | |
| Plaintiffs, | ) | Case No. 13 cv 00437 |
| v. | ) ) | Judge John Z. Lee |
| MAYFAIR LUMBER CO., an Illinois Corporation, | ) ) ) | |
| Defendant. | ) | |

## ANSWER

**J. P. MORGAN CHASE BANK, N.A.** (Citation Respondent) certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount withheld:

A. Savings Account (Amount withheld)$_____
B. Checking and/or Now Account (Amount withheld)$_____
C. Certificate of Deposit (Amount withheld)$_____
D. Money Market Account (Amount withheld)$_____
E. Trust Account (Amount withheld)$_____
F. Safety Deposit Box $_____
G. No Accounts : Accounts Closed _____
H. Adverse Claimant: Name_____
   Address_____
I. Wages, Salary or Commissions_____
J. Other Personal Property (Describe)_____
   Attach a sheet for any additional information required by the Citation

Sub Total ___0___

Less right of offset for other loans_____
Less deduction for fees limited
by F.R.C.P. 69 _____

Total ___0___

According to the business records kept by Citation Respondent we show the above accounts to be correct.

_____ ROBERT LEGGETT
Agent for Citation Respondent
DOCUMENT REVIEW SPECIALIST

**DISCLAIMER:**
These responses are based upon a search of data contained in JPMorgan Chase's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.