

IN THE UNITED STATES DISTRICT COURT JUDICIAL CIRCUIT
COUNTY, ILLINOIS

Case No: 13CV00437
Hearing Date:

**THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS**

JPMorgan Chase Bank, N.A. ("JPMC"), certifies under penalty of perjury that with regard to the property of the judgment (Citation Respondent) debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Check one or more of the following and indicate the amount held:

If funds not held, provide reasons:
Memo: ACCOUNT CLOSED

FILED
JUL 3 2014
JUL - 3 2014

THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

A) Savings Account _____

B) Checking and/or Now Account _____

C) Certificate of Deposit _____

D) Money Market Account (Amount held) _____

E) Trust Account (Amount held) _____

F) Safety Deposit Box _____

G) No Accounts

H) Adverse Claimant:     Name           Address
                         None           None

I) Wages, Salary or Commissions _____

J) Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation.

Sub-Total: $0.00

Less right of offset for other loans $0.00

Less deduction for fees limited by
205 ILCS 5/48.1  $0.00

Total: $0.00

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant

These responses are based upon a search of data contained in JPMorgan Chase's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

DOCUMENT REVIEW SPECIALIST       *Christina Harrison*       Agent for Citation Respondent

CHRISTINA L HARRISON

Wednesday, Jul 02, 2014
Date

Respondent/ Agent
Business Name: JPMorgan Chase Bank N.A.
Address: P.O. Box 183164 Columbus, OH 43218-3164
Phone: 1-866-578-7022
Fax: 1-866-699-0618

Disclaimer:
These responses are based upon a search of data contained in JPMorgan Chase's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant