IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 786 LUMBER EMPLOYEE RETIREMENT FUND and MICHAEL YAUGER, as Trustee of the Local 786 Lumber Employee Retirement Fund,<br><br>     Plaintiffs,<br><br>v.<br><br>MAYFAIR LUMBER CO., an Illinois Corporation,<br><br>     Defendant. | Case No.  13-cv-00437<br><br>Judge John Z. Lee |

## SATISFACTION OF JUDGMENT

NOW COME the Plaintiffs, Local 786 Lumber Employee Retirement Fund and Michael Yauger, as Trustee of the Local 786 Lumber Employee Retirement Fund, and hereby state that the judgment entered on April 24, 2013 in the amount of $1,147,326.00 has been fully satisfied including any and all claims for payment, fees, costs or any amount owed or claimed in the above captioned lawsuit as of this date, August 29, 2014.

_____
Anthony Pinelli
Attorney for Plaintiffs

Anthony Pinelli
Law Office of Anthony Pinelli
53 West Jackson Blvd., Suite 1460
Chicago, Illinois 60604
312/583-9270